# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 18, 2015

Mr. Daniel Myers Waide
Johnson, Ratliff & Waide
1300 Hardy Street
Hattiesburg, MS 39401

    No. 15-60190    Ambrea Fairchild v. All Amer Check Cashing, Inc.
                     USDC No. 2:13-CV-92

Dear Mr. Waide,

The following pertains to appellant's brief electronically filed on June 15, 2015.

The appellant's brief is insufficient for the following reasons and must be corrected within the next **14 days**:

1. The case caption on the front cover of the brief does not agree with the official caption of the case (See FED R. APP. P. 32(a)(2)(C)). The caption must be corrected (See attachment: Case Caption).

2. The separate Statement of the Facts must be removed from the brief, or re-titled. Effective December 1, 2013, there was a Fifth Circuit Rule change that eliminated the need for a separate Statement of the Facts. With that said, counsel must remove the separate Statement of the Facts and provide a concise Statement of the Case setting out the facts relevant to the issues submitted for review (See FED. R. APP. P 28(a)(6) and Fifth Circuit Rule 28.3(g)).

   **Note:** The Table of Contents must be amended to reflect the changes made to the brief.

Once you have prepared your sufficient brief, you must email it to: dantrell_johnson@ca5.uscourts.gov for review, and copy opposing counsel. If the brief is in compliance, you will receive a notice of docket activity advising you that the sufficient brief has been filed.

Failure to timely make appellant's brief sufficient via e-mail may result in the dismissal of the appeal pursuant to 5TH CIR. R. 42.3.

Appellee's brief time continues to run.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:  Ms. Megan Leigh Black
     Ms. Robin H. Rasmussen
     Mr. Lucius F. Sams, Jr.

Case Caption

AMBREA FAIRCHILD,

    Plaintiff - Appellant

v.

ALL AMERICAN CHECK CASHING, INCORPORATED, a Mississippi Corporation,

    Defendant – Appellee


\*\***Note:** In the current case caption on the front cover of appellant's brief, counsel has listed the parties twice, which is incorrect. Counsel must correct the case caption to list the parties only once, and to list the parties, the party text following the appellee's name, and the party types exactly as listed in the above referenced official caption for this case.\*\*